Certificate Number: 12433-PAM-DE-034385260

Bankruptcy Case Number: 20-01308



12433-PAM-DE-034385260

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 25, 2020, at 1:24 o'clock PM EDT, Sharon Marie Taylor completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  April 26, 2020    By:  /s/Lance Brechbill

Name:  Lance Brechbill

Title:  Teacher